UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLAGSTONE PAVERS, LLC,

    Plaintiff,
v.                                Case No. 8:19-cv-110-T-33AEP

THE BAYBORO GROUP, LLC,

    Defendant.
_____/

## ORDER

This matter comes before the Court sua sponte. On May 6, 2019, the parties jointly filed a Case Management Report. (Doc. # 28). Therein, they indicated their chosen mediator is Mike Carey, Esq. (Id. at 2). The Court advises the parties that the mediator is the undersigned district judge's son's father-in-law.

At this juncture, the undersigned does not see any reason to recuse herself as the presiding judge. Nevertheless, if any party in this case feels that an Order of recusal is warranted, that party should file a notice by May 22, 2019.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

If any party in this case feels that an Order of recusal is warranted, that party should file a notice on or before May 22, 2019.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th

day of May, 2019.

                                            VIRGINIA M. HERNANDEZ COVINGTON
                                               UNITED STATES DISTRICT JUDGE